# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-575
_____

CESAR AUGUSTO FERRERA-
DISCUA,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 5, 2019

PER CURIAM.

Because the evidence supporting Petitioner Ferrera-Discua's claim of self-defense was "wildly conflicting" and the State presented clear and convincing evidence contradicting the claim, the trial court did not err in finding that Petitioner was not entitled to Stand-Your-Ground immunity. *Mederos v. State*, 102 So. 3d 7, 11 (Fla. 1st DCA 2012) (affirming denial of Stand-Your-Ground immunity where the testimony below "contradict[ed] wildly" and the evidence showed that the defendant did not act in self-defense when he stabbed the victim). The petition for writ of prohibition is denied on the merits. Petitioner may present his claim for self-defense at trial. *Spires v. State*, 180 So. 3d 1175, 1180 (Fla. 3d DCA 2015).

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Office of Candace K. Brower, Criminal Conflict & Civil Regional Counsel, Elizabeth Ann Amond, Assistant Regional Conflict Counsel, Pensacola, for Petitioner.

Ashley Moody, Attorney General, and Damaris Reynolds, Assistant Attorney General, Tallahassee, for Respondent.